Rafael y Enrique Brown, demandantes y apelantes, *v.* Hermógenes P. Vargas y su Esposa Rita Nidal, demandados y apelados.

No. 4040.—*Visto:* Febrero 8, 1927. *Resuelto:* Abril 7, 1927.

Servidumbres—Creación, Existencia y Terminación—Luces y Vistas—Ventanas o Huecos en Pared no Medianera—Cierre de los Mismos.—Tratándose de huecos en pared de concreto, aún cuando los mismos pueden ser tapiados con el mismo material—concreto—sin embargo el hecho de tapiarlo con madera es suficiente.

Sentencia de *Miguel A. Muñoz,* J. (San Juan), declarando sin lugar la demanda, sin costas. *Confirmada.*

*J. Martínez Dávila* y *L. Freyre Barbosa,* abogados de los apelantes; *Carmelo Honoré* y *P. Amado Rivera,* abogados de los apelados.

El Juez Asociado Señor Franco Soto, emitió la opinión del tribunal.

Los demandantes, dueños de una propiedad colindante

con otra de los demandados, entablaron este pleito para reivindicar cierta porción de terreno en que los demandados habían levantado un muro de concreto, solicitando a la vez la demolición de la obra. Se alegaba también en la demanda que en la pared construída y a una altura de un metro los demandados tienen abiertos tres huecos para luces y vistas, de un metro sesenta y cinco centímetros de largo por ochenta y siete centímetros de ancho.

En el curso del pleito los demandantes desistieron de la acción reivindicatoria y presentaron una demanda complementaria alegando que con posterioridad a la fecha de la radicación de la demanda primitiva, los demandados procedieron a cerrar los huecos en la referida pared, tapiándolos con madera.

La corte inferior, después de referirse en su opinión a la forma confusa con que se ha tratado de establecer una acción negatoria de servidumbre de luces y vistas dentro de la acción reivindicatoria, y haciendo mención de la inspección ocular que hizo de la pared, concluye diciendo:

"Por lo que se verá, aparece que no existen tales luces ni vistas sino los huecos, los cuales han sido herméticamente tapiados y cerrados con madera sin que pueda verse a través de los mismos.

"Los demandantes alegan que hay que taparlos con concreto si la pared es de concreto. Sin embargo, no hemos podido encontrar jurisprudencia tan concreta sobre este punto que así lo justifique y establezca, y, por lo tanto, se declara sin lugar la demanda, sin especial condenación de costas."

La cuestión a resolver quedó reducida a si los huecos abiertos en la pared de concreto debieron haber sido cerrados con el mismo material que fué construída, o si fué suficiente haberlo hecho con material de madera. Los apelantes insisten en el primer extremo, pero no citan autoridades ni su ligera argumentación ha podido convencernos. Si bien la mayor duración del concreto es cuestión por demás supuesta, es también admitido que el material de madera

usado para construcciones desde los tiempos primitivos no puede decirse que está en desuso en virtud de las modernas construcciones de concreto. Por el contrario, en estas construcciones no se prescinde del maderamen para puertas, ventanas, etc., que son los medios para incomunicar y cerrar las mismas. Así es que habiéndose tapiado con madera herméticamente los huecos del muro, se ha cumplido por de pronto con la ley. Si en el transcurso del tiempo, factor que al fin y a la postre lo demuele todo, la madera llega a su término y se destruye o se quita de los huecos, el derecho de los demandantes o de sus causahabientes subsiste y ellos pueden hacerlo valer en cualquier tiempo. Entre tanto, no estando prohibidas las construcciones de madera, los demandados están cumpliendo con la ley.

*Se confirma la sentencia apelada.*